IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SCOTT MATTHEW THUM,<br><br>Plaintiff,<br><br>vs.<br><br>DR. REES,<br><br>Defendant. | Cause No. CV 25-67-H-DLC<br><br><br>ORDER |

On November 14, 29025, Defendant Paul Rees moved to dismiss Plaintiff Scott Matthew Thum's state law claims. (Doc. 11.) Thum responded. (Doc. 13.) The motion is denied.

Defendant Rees has moved to dismiss Thum's claims under Mont. Code Ann. § 50-5-110 or § 50-12-202, claiming they extend protections to Thum that are not available under 42 U.S.C.§ 1983 and the Eighth Amendment. (Doc. 11 at 5.) He contends that Thum's state law claims lack a cognizable legal theory because they "provide greater rights and protections" than those available under federal law. However, 28 U.S.C. § 1367 provides, "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." § 1367(a). At this early point in this

1

litigation, based on the allegations of the Complaint, the Court cannot conclude with finality that Thum's state law claims are not "so related to" his Eighth Amendment claims as to warrant inclusion under the Court's supplemental jurisdiction. Therefore, the motion is denied.

Accordingly, it is HEREBY ORDERED:

1.   Defendant's motion to dismiss is DENIED, subject to renewal. (Doc. 11.) Defendant must answer according to Fed. R. Civ. P. 12(a)(4).

2.   Plaintiff must keep the Court and opposing counsel promptly notified of any change of address. Failure to do so may result in dismissal pursuant to Fed. R. Civ. P. 41.

DATED this 23rd day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court